**2013–0903. Byrd v. Byrd.**
Franklin App. No. 13AP–109. ▇▇▇▇▇▇▇▇▇▇▇ On

motion for reconsideration. Motion denied. Appellant's motion for objection and motion for findings by the court are denied.